**Order entered August 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00133-CR

**ESTEBAN GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83445-2016**

## ORDER

Before the Court is appellant's July 31, 2018 second motion for extension of time to file

his brief.  We **GRANT** the motion and **ORDER** the brief due on or before August 14, 2018.


/s/      CRAIG STODDART
      JUSTICE